*Edward Hodgester,* appellant, in propria persona.

*Burton Satzberg* and *Arlen Specter,* Assistant District Attorneys, *Paul M. Chalfin,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 15, 1962:
Judgment of sentence of the court below is affirmed on the opinion of Judge CHUDOFF for the court below, as reported in 28 Pa. D. & C. 2d 472.

## Commonwealth ex rel. Wolenski, Appellant, *v.* Shovlin.

Submitted September 12, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Henry V. Wolenski,* appellant, in propria persona.

*Ralph B. D'Iorio,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for appellee.

OPINION PER CURIAM, November 15, 1962:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of President Judge SWENEY of the Court of Common Pleas of Delaware County, as reported in 28 Pa. D. & C. 2d 485.

# Whitemarsh Township Authority, Appellant, *v.* Elwert.